THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER FOGEL, Derivatively on Behalf of ZILLOW GROUP, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>LLOYD D. FRINK, RICHARD N. BARTON, JEREMY WACKSMAN, JEREMY HOFMANN, ERIK BLACHFORD, GREGORY B. MAFFEI, GORDON STEPHENSON, JAY C. HOAG, APRIL UNDERWOOD, AMY C. BOHUTINSKY, CLAIRE CORMIER THIELKE, and J. WILLIAM GURLEY,<br><br>Defendants,<br><br>and-<br><br>ZILLOW GROUP, INC., a Washington Corporation,<br><br>Nominal Defendant. | No 2:26-cv-02454-JNW<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME<br><br>NOTE FOR CONSIDERATION: Thursday, July 30, 2026 |

## I. STIPULATED MOTION

Plaintiff Peter Fogel, all individual Defendants and Nominal Defendant Zillow Group, Inc. (together with the individual Defendants, the "Zillow Defendants"), through their counsel of record, stipulate and agree that the time by which the Zillow Defendants shall respond to Plaintiff Peter Fogel's Motion to Consider Whether Another Party's Material Should Be Sealed



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

("Plaintiff's Motion", ECF No. 2), filed on July 13, 2026, be extended from July 28, 2026, to August 4, 2026. The parties further stipulate and agree that Plaintiff's Motion shall be renoted for consideration on August 10, 2026.

DATED this 30th day of July, 2026.

**TOWNSEND LEGAL, PLLC**

By: /s/ Roger M. Townsend (per email authorization)
Roger M. Townsend, WSBA# 25525
380 Winslow Way, Suite 200
Bainbridge Island, WA 98110
Telephone: (206) 761-2480
Facsimile: (206) 455-9555
E-mail: roger@townsendlegal.com

**ROBBINS LLP**
Brian J. Robbins*
Stephen J. Oddo*
Michael J. Nicoud*
Jacob W. Ogbozo*
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
soddo@robbinsllp.com
mnicoud@robbinsllp.com
jogbozo@robbinsllp.com
*Pro Hac Vice applications forthcoming

Attorneys for Plaintiff

*s/ Joseph E. Bringman*
Joseph E. Bringman, WSBA No. 15236
joe.bringman@ashurstperkins.com
**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone +1.206.359.8000
Facsimile +1.206.359.9000

Peter B. Morrison (Pro Hac Vice forthcoming)
Virginia F. Milstead (Pro Hac Vice forthcoming)
Winston Hsiao (Pro Hac Vice forthcoming)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
2000 Avenue Of The Stars, Suite 200N
Los Angeles, CA 90067
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Peter.Morrison@Skadden.com
Virginia.Milstead@Skadden.com
Winston.Hsiao@Skadden.com

Attorneys for Defendants and Nominal Defendant

## II. ORDER

It is so ORDERED.

DATED this 5th day of August, 2026.

United States District Judge



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000