UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. DERIVATIVE LITIGATION | CASE NO. 2:26-cv-02454-JNW<br><br>ORDER GRANTING MOTION TO SEAL |

This matter comes before the Court on Plaintiff Peter Fogel's motion to seal. Dkt. No. 2. Fogel moves to redact select paragraphs of his complaint. Those paragraphs draw from documents that Defendants produced, and designated confidential, under a protective order in a related state-court inspection proceeding under the Washington Business Corporation Act, RCW 23B.16.020. Fogel filed the motion to present Defendants with an opportunity to argue why the complaint should be redacted and takes no position on the issue.

In general, documents accompanying non-dispositive motions may be sealed for "good cause." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006); *see also* Fed. R. Civ. P. 26(c). When documents accompany dispositive

motions, however, the moving party must show "compelling reasons" to file them under seal or with redactions. *Kamakana*, 447 F.3d at 1180–81. Additionally, the Local Civil Rules in this district provide "[t]here is a strong presumption of public access to the court's files." LCR 5(g). Thus, a party seeking to file a document under seal must file a motion that includes a certificate that the party has met and conferred with all other parties, and "[a] specific statement of the applicable legal standard and the reasons for keeping a document under seal." LCR 5(g)(A), (B).

The Court finds good cause to allow the redacted complaint. The redactions are tailored to cover only information contained in documents that were produced under a protective order in a related state investigation. Those documents, as paraphrased and quoted in the redacted portions of the complaint, contain confidential business information. At this point, Defendant's interests in maintaining that confidentiality outweighs the public's interest in knowing precisely what those documents say. The Court makes no finding about whether compelling reasons support the redactions, and will address that question should it arise, when dispositive motions are filed.

Accordingly, the Court GRANTS the motion to seal. Dkt. No. 2.

Dated this 13th day of October, 2026.

Jamal N. Whitehead
United States District Judge